Supreme Court, New York Special Term. Reported. N. Y. L. J. June 7, 1899.

In the Matter of the Petition of Henry H. Lyman to Revoke the Liquor Tax Certificate of Bernard Lazarowitz.

Truax, J.   Motion granted with costs.  The building in ques-tion is used exclusively for church purposes.  (In the *Matter of Zinzow*, 18 Misc. 653; *Peo. ex rel. Cairns* v. *Murray*, 148 N. Y. 171.)

The respondent was not legally trafficking at the place in question on the 23rd day of March, 1896.  (*People ex rel. Cairns* v. *Murray*, 148 N. Y. 171; *Matter of Place*, 27 App. Div. 561; affirmed, 156 N. Y. 691.)

Supreme Court, New York Special Term. Reported. N. Y. L. J., June 7, 1899.

In the Matter of the Petition of George Hilliard to Revoke the Liquor Tax Certificate of Helene Kissel.

Truax, J.   Motion granted on the authority of In the Matter of *Place* v. *Matty*, 27 App. Div. 561, affirmed, 156 N. Y. 691; *People ex rel. Cairns* v. *Murray*, 148 N. Y. 171.